**Motion for Rehearing Denied and Order filed February 15, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-01005-CR
NO. 14-15-01006-CR
_____

**NATHAN RAY FOREMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374837**

## ORDER

Appellant Nathan Foreman filed a motion for rehearing. The panel has denied appellant's motion for rehearing.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.